## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02318-ZLW

JOHN ELLIOTT, #1452221,

    Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
OFFICE OF THE STATE PUBLIC DEFENDER,
DAVID KAPLAN,
CHARLIE GARCIA,
DENVER COUNTY SHERRIF [sic] AND UNDERSHERRIF [sic],
DENVER COUNTY JAIL AND CITY JAIL,
DIRECTOR OF CORRECTIONS FRED OLIVA,
DR. PETER CRUM,
BETH LINDROOS, HSA,
DR. HIRSH: and MEDICAL STAFF-JOHN DOE & JANE DOE 1-100,
CHIEF FOOS,
MAJOR WILSON,
DR. HIGGENS,
NURSE JOE,
NURSE JACK,
NURSE ROSIE,
NURSE HENRY,
NURSE SUSIE,
SGT. BROWN,
SGT. BUTLER,
DEPUTY PEREZ (Female),
DEPUTY MURRAY,
DEPUTY HALL,
STATE BOARD OF NURSING,
NANCY SMITH, PhD. RN,
DENNIS CLENIN,
DEPARTMENT OF REGULATOR ANGENCIES [sic],
TAMBOR WILLIAMS,
DIVISION OF REGISTRAITION [sic],
ROSEMARY McCOOL,
STEWART KITCHEN STAFF,
FRANKIE JOHNSON,
STEWART DEAN,
STEWART HERMAN AND KITCHEN STAFF,
CITY AND COUNTY JOHN DOE/JANE DOE 1-10,
LAW LIBRARY DEPUTY LOPEZ,

DENVER COUNTY AND CITY SHERIFF DEPT. OFFICERS & STAFF INVOLVED IN THIS ACTION ARE NOT CURRENTLY KNOWN BY NAME BUT WILL BE DETAILED,
SHERIFF NEWCOMBE,
DEPUTY RIVERIA,
DEPUTY BAKALARSKI,
DEPUTY PITT,
MR. PENTICE,
KITCHEN SUPERVISOR DEPUTY PAT RICK, and
DEPUTY BUSH,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff's "Motion to Dismiss Complaint," filed January 20, 2006, is DENIED as moot, because the action was dismissed and judgment was entered without prejudice pursuant to Plaintiff's construed Notice of Voluntary Dismissal filed on December 1, 2005.

Dated: January 20, 2006

Copies of this Minute Order mailed on January 20, 2006, to the following:

John Elliott
Prisoner No. 1452221
Denver County Jail
PO Box 1108
Denver, CO 80201

                                            Secretary/Deputy Clerk